# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Louis Banks, et al., Appellants

v.

Inspired Teaching School, et al., Appellees

**Case No:** 17-7048

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae

District of Columbia

D.C. Child and Family Services

Raymond Davidson

Shirley Green

Names of Parties

Names of Parties

### Counsel Information

Lead Counsel: Mary L. Wilson

Direct Phone: ( 202 ) 724-5693 Fax: ( 202 ) 741-0429 Email: mary.wilson@dc.gov

2nd Counsel: Todd S. Kim

Direct Phone: ( 202 ) 724-6609 Fax: ( ) - Email: todd.kim@dc.gov

3rd Counsel: Loren L. AliKhan

Direct Phone: ( 202 ) 727-6289 Fax: ( ) - Email: loren.alikhan@dc.gov

Firm Name: Office of the Attorney General for the District of Columbia

Firm Address: 441 4th Street NW, Suite 600 South, Washington DC 20001

Firm Phone: ( 202 ) 724-5693 Fax: ( 202 ) 741-0429 Email: mary.wilson@dc.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/



Save Reset Form Print Form