NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 17-7048

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

LOUIS A. BANKS, *et al.*,
APPELLANTS,

v.

INSPIRED TEACHING SCHOOL, *et al.*,
APPELLEES.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**OPPOSITION BY THE DISTRICT OF COLUMBIA APPELLEES TO MOTION FOR SUMMARY REVERSAL**

The District of Columbia, its Child and Family Services Agency ("CFSA"), and CFSA employees Raymond Davidson and Shirley Green (collectively, "the District appellees") oppose the motion that Louis Banks filed May 8, 2017, docketed as a motion for summary reversal. Summary affirmance is warranted in this appeal, not summary reversal. In this regard, the District appellees submit on their motion for summary affirmance, which explained that the trial court properly concluded that the doctrine of *res judicata*, also known as claim preclusion, bars Banks's claims here.

The Court should deny Banks's summary reversal motion, and grant summary affirmance to the appellees.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TODD S. KIM
Solicitor General

LOREN L. ALIKHAN
Deputy Solicitor General

/s/ Mary L. Wilson
MARY L. WILSON
Senior Assistant Attorney General
Bar Number 359-050
Office of the Solicitor General

Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001
(202) 724-5693
(202) 741-0429 (fax)
mary.wilson@dc.gov

May 2017

## CERTIFICATE OF SERVICE

I certify that on May 15, 2017, electronic copies of this motion and the accompanying appendix were served by first-class postage prepaid mail to:

Louis A. Banks
4022 Blakely Lane, SE
Washington, D.C. 20018

and were served through the Court's ECF system to:

Matthew F. Dunn
Brian W. Stolarz

/s/ Mary L. Wilson
MARY L. WILSON

## CERTIFICATE OF COMPLIANCE

I further certify that this opposition complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(1) because the opposition contains 113 words, excluding exempted parts. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in Times New Roman 14 point.

/s/ Mary L. Wilson
MARY L. WILSON